IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Belynda W

Printed: 9/30/08

Case Number: 04 B 41947
Judge: Goldgar, A. Benjamin
Filed: 11/12/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: August 19, 2008
Confirmed: February 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 13,126.48 | |
| Secured: | | 5,089.90 |
| Unsecured: | | 5,283.64 |
| Priority: | | 0.00 |
| Administrative: | | 2,076.00 |
| Trustee Fee: | | 676.94 |
| Other Funds: | | 0.00 |
| Totals: | 13,126.48 | 13,126.48 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | BUCRO | Administrative | 2,076.00 | 2,076.00 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 4. | Cook County Treasurer | Secured | 3,489.29 | 315.98 |
| 5. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 6. | American First Federal Credit | Secured | 2,573.92 | 2,573.92 |
| 7. | Household Financial Corporation | Secured | 2,200.00 | 2,200.00 |
| 8. | Internal Revenue Service | Priority | 0.00 | 0.00 |
| 9. | Internal Revenue Service | Unsecured | 0.00 | 0.00 |
| 10. | National Capital Management | Unsecured | 354.31 | 576.94 |
| 11. | Portfolio Recovery Associates | Unsecured | 875.38 | 1,425.43 |
| 12. | American First Federal Credit | Unsecured | 473.77 | 771.46 |
| 13. | RoundUp Funding LLC | Unsecured | 1,541.33 | 2,509.81 |
| 14. | ADT Security Systems | Unsecured | | No Claim Filed |
| 15. | American Lawn Serivce | Unsecured | | No Claim Filed |
| 16. | Comcast | Unsecured | | No Claim Filed |
| 17. | CNA | Unsecured | | No Claim Filed |
| 18. | Gerald J Mingolelli MD | Unsecured | | No Claim Filed |
| 19. | St James Hospital | Unsecured | | No Claim Filed |
| 20. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 13,584.00 | $ 12,449.54 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 51.16 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Belynda W

Printed: 9/30/08

Case Number: 04 B 41947
Judge: Goldgar, A. Benjamin
Filed: 11/12/04

|  |  |
|---|---:|
| 4% | 53.92 |
| 3% | 20.22 |
| 5.5% | 152.55 |
| 5% | 42.78 |
| 4.8% | 93.33 |
| 5.4% | 262.98 |
|  | _____ |
|  | $ 676.94 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

